STATE v. PRATT

No. 99P01

Case below: 141 N.C. App. 352

Motion by defendant to treat notice of appeal and petition for discretionary review as petition for writ of certiorari allowed 4 October 2001. Notice of appeal by defendant pursuant to G. S. 7A-30 (substantial constitutional question) dismissed ex mero motu 4 October 2001. Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 4 October 2001.

STATE v. PULLIAM

No. 468P01

Case below: 144 N.C. App. 205

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 4 October 2001. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 4 October 2001. Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 4 October 2001.

STATE v. ROBINSON

No. 488A01

Case below: 145 N.C. App. 504

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 4 October 2001. Justice Butterfield recused.

STATE v. ROURKE

No. 420P01

Case below: 143 N.C. App. 672

Petition by defendant pro se for a writ of certiorari to review the decision of the North Carolina Court of Appeals denied 20 August 2001.